| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

MIGUEL HERNANDEZ, §
§
    Petitioner, §
§
versus § CIVIL ACTION NO. 1:19-CV-67
§
WARDEN, FCI BEAUMONT MEDIUM, §
§
    Respondent. §

**MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Petitioner Miguel Hernandez, an inmate at the Federal Correctional Complex in Beaumont, Texas, proceeding *pro se*, brought this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends this petition be dismissed without prejudice.

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings and all available evidence. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

**O R D E R**

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**. A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

**Signed this date**
Jul 15, 2019

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE